IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:11 cv 2518 |
| SOCIETY OF THE MISSIONARIES OF THE SACRED HEART and FATHER PHILIP DEREA, MSC | ) ) ) ) |
| Defendants. | ) ) ) |

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Dated: June 7, 2016

**For The Plaintiff:**

  /s/  Julia E Judish

Michael L. Brooks (Bar No. 6199402)
Boodell & Domanskis, LLC
One North Franklin, Suite 1200
Chicago, Il 60606
(312)938-4070
mbrooks@boodlaw.com

Deborah B. Baum (admitted *pro hac vice*)
Julia E. Judish (admitted *pro hac vice*)
Pillsbury Winthrop Shaw Pittman LLP

4818-0819-2306.v1

1200 Seventeenth Street NW
Washington, DC 20036
(202)663-8000
deborah.baum@pillsburylaw.com
Julia.judish@pillsburylaw.com


**For Defendant Society of the Missionaries of the Sacred Heart:**

  /s/  Bret D. Franco


Michael Airdo
Bret D. Franco
Kopon Airdo LLC
233 S. Wacker Drive, Suite 4450
Chicago, IL 60606
(312)506-4450
mairdo@koponairdo.com
bfranco@koponairdo.com


**For Defendant Father Phillip DeRea, MSC:**

  /s/  James Thompson

James Thompson
Law Offices of Joseph V. Roddy
77 W. Washington, Suite 1100
Chicago, IL 60606
(312)368-8220
jetahead1@yahoo.com


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I served a copy of the Joint Stipulation of Dismissal on counsel of record for all parties entitled to service by electronically filing same in accordance with the Court's electronic filing requirements on June 7, 2016.


/s/ Julia E. Judish

4818-0819-2306.v1